IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DANNIE WILSON,<br><br>Plaintiff. | No. C 12-02803 EJD (PR)<br><br>ORDER OF DISMISSAL |

On June 1, 2012, Plaintiff filed a letter complaining of prison conditions which the Clerk of the Court construed as an attempt to file a complaint pursuant to 42 U.S.C. § 1983.  On the same day, the Clerk sent Plaintiff a notice that he must submit a complaint within thirty days of the notice to avoid dismissal of the action, and provided a copy of the court's form complaint.  (Docket No. 3.)  The Clerk also sent Plaintiff a separate notice that his complaint was deficient because he had neither paid the filing fee nor filed an In Forma Pauperis ("IFP") Application.  (Docket No. 2.)  Plaintiff was advised to file a complete application, enclosed, within thirty days to avoid dismissal of the action.  (Id.)

The deadline has since passed, and Plaintiff has not filed a complaint nor an IFP application.  Accordingly, this case is DISMISSED without prejudice for failure to file a complaint and for failure to pay the filing fee.

DATED: 7/12/2012

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
02803Wilson_dism-noncompl.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE DANNIE WILSON,

    Plaintiff.

Case Number: CV12-02803 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/13/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dannie Wilson J-04486
Donovan State Prison
P. O. Box 799001
San Diego, CA 92179

Dated: 7/13/2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk